MC23  00056

Form **668(Y)CM**
(Rev. February 2021)

DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**NOTICE OF TAX LIEN UNDER CNMI TAX LAWS**

Saipan

Serial Number TLM 23-0045

For Optional Use by Recording office

As provided by 1862, 1863, and 1864 of Title 4 of the Commonwealth Code ("CMC"), Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax ("NMTIT"), and 4 CMC § 1701 et seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

**FILED**
Clerk
District Court

AUG 17 2023

for the Northern Mariana Islands
By _____ JP _____
(Deputy Clerk)

Name of Taxpayer
**MAGIC INTERNATIONAL CORPOATION**

Residence
**P.O.BOX 503000 CK SAIPAN MP 96950**

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT § 6325(a) and 4 CMC § 1866(a).

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment | Last Day of Refiling | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3705 | 03/31/2018 | 20388987 | 04/26/2021 | 05/26/2031 | 78.92 |
| OS-3705 | 06/30/2018 | 20388989 | 04/26/2021 | 05/26/2031 | 1,184.53 |
| OS-3705 | 09/30/2018 | 20388991 | 04/262021 | 05/26/2031 | 2,184.52 |
| OS-3705 | 12/31/2018 | 20388995 | 04/26/2021 | 05/26/2031 | 1,588.39 |
| OS-3705 | 03/31/2019 | 20381881 | 03/11/2021 | 4/10/2031 | 1,504.68 |
| OS-3705 | 06/30/2019 | 20420652 | 11/09/2021 | 12/09/2031 | 1,555.06 |
| OS-3705 | 09/30/2019 | 20306148 | 12/18/2019 | 01/17/2029 | 529.51 |
| OS-3705 | 12/31/2019 | 20381890 | 03/11/2021 | 04/10/2031 | 914.90 |
| OS-3705 | 03/31/2020 | 20381811 | 03/11/2021 | 04/10/2031 | 359.60 |
| OS-3705 | 06/30/2020 | 20381827 | 03/11/2021 | 04/10/2031 | 1,286.95 |
| OS-3705 | 09/30/2020 | 20381840 | 03/11/2021 | 04/10/2031 | 1,068.92 |
| OS-3705 | 06/30/2021 | 20431400 | 01/11/2022 | 02/10/2032 | 613.64 |
| OS-3705 | 09/30/2021 | 20434860 | 01/27/2022 | 02/26/2032 | 701.26 |
| OS-3705 | 12/31/2021 | 20436969 | 2/09/2022 | 03/11/2032 | 773.86 |

Place of Filing: CNMI Superior Court
U.S. District Court

TOTAL   SEE NEXT PAGE

This notice was prepared and signed at Division of Revenue and Taxation, on this, the __17th__ day of __AUGUST__, __2023__

Signature: Richard F. Santos

Title: Manager, Collection and Remittance Branch

On this __17th__ day of __August__, 20__23__, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Notary Public

Commission Expires



SASHA A. LEON GUERRERO
P.O. Box 5234 CHRB Saipan, MP 96950
Notary Public Reg. No. 88A
BY AND FOR THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS, USA
My Commission Expires: 1/18/24

| Form **668(Y)CM** (Rev. February 2021) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS NOTICE OF TAX LIEN UNDER CNMI TAX LAWS** | |
|---|---|---|
| Saipan | Serial Number TLM 23-0045 | For Optional Use by Recording office |

As provided by 1862, 1863, and 1864 of Title 4 of the Commonwealth Code ("CMC"), Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax ("NMTIT"), and 4 CMC § 1701 et seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
MAGIC INTERNATIONAL CORPOATION

**Residence**
P.O.BOX 503000 CK SAIPAN MP 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT § 6325(a) and 4 CMC § 1866(a).

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment | Last Day of Refiling | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3705 | 03/31/2022 | 20449134 | 04/22/2022 | 05/22/2032 | 588.00 |
| OS-3705 | 06/30/2022 | 20468266 | 08/05/2022 | 09/04/2032 | 689.81 |
| OS-3705 | 09/30/2022 | 20485876 | 11/10/2022 | 12/10/2032 | 591.91 |
| OS-3705 | 12/31/2022 | 20499013 | 02/01/2023 | 03/03/2033 | 689.56 |
| OS-3705 | 03/31/2023 | 20515806 | 05/31/2023 | 06/30/2033 | 594.35 |
| OS-3105 | 11/30/2015 | 20223928 | 10/31/2018 | 11/30/2028 | 118.61 |
| OS-3105 | 12/31/2015 | 20224138 | 10/31/2018 | 11/30/2028 | 119.86 |
| OS-3105 | 12/31/2016 | 20225769 | 10/31/2018 | 11/30/2028 | 2,238.52 |
| OS-3105 | 12/31/2017 | 20245093 | 01/22/2019 | 2/2/1/2029 | 5,881.97 |
| OS-3105 | 12/31/2018 | 20252004 | 02/19/2019 | 3/21/2029 | 6,489.73 |
| OS-3105 | 12/31/2019 | 20528917 | 03/04/2020 | 04/03/2030 | 4,586.77 |
| OS-3105 | 12/31/2020 | 20380156 | 03/02/2021 | 04/01/2031 | 3,249.79 |
| OS-3105 | 12/31/2021 | 20469060 | 08/10/2022 | 09/09/2032 | 1,989.75 |
| OS-3105 | 12/31/2022 | 20499422 | 02/03/2023 | 3/05/2033 | 2,700.96 |
| OS-3105 | 01/31/2023 | 20522202 | 07/12/2023 | 08/11/2033 | 158.24 |
| OS-3105 | 02/28/2023 | 20522505 | 07/12/2023 | 08/11/2033 | 153.46 |
| OS-3105 | 03/31/2023 | 20522785 | 07/12/2023 | 08/11/2033 | 157.98 |
| OS-3105 | 04/30/2023 | 20523037 | 07/12/2023 | 08/11/2033 | 153.24 |
| Place of Filing: CNMI Superior Court U.S. District Court | | | | TOTAL | $45,497.25 |